

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

Roseann B. MacKechnie
CLERK

Date:                  12/29/04

Docket Number:         02-0343-pr
Short Title:           Northrop v. USA
DC Docket Number:      02-cv-1581
DC:                    DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:              Honorable Alan Nevas

## ORDER OF DISMISSAL

_____

_____

NOTICE HAVING BEEN GIVEN ZZ! that Appellant was required to file a Prisoner Authorization form, properly signed and without alternation, and

**APPELLANT HAVING FAILED** to file said Prisoner Authorization form within the **THIRTY DAYS** prescribed,

**THIS APPEAL IS DISMISSED.**

## CERTIFICATE OF MAILING

The undersigned Deputy Clerk hereby certifies that this Order was mailed this date to all parties to this action.

**SO ORDERED,**

For the Court,
Roseann B. MacKechnie, Clerk

By: Connie Mazariego
Deputy Clerk

A TRUE COPY
ROSEANN B. MacKECHNIE, Clerk

Certified:                    DEC 2 9 2004

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

Roseann B. MacKechnie
CLERK

Date:              12/29/04

Docket Number:    02-0343-pr
Short Title:      Northrop v. USA
DC Docket Number: 02-cv-1581
DC:               DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:         Honorable Alan Nevas

## ORDER OF DISMISSAL

_____

_____

NOTICE HAVING BEEN GIVEN ZZ! that Appellant was required to file a Prisoner Authorization form, properly signed and without alternation, and

**APPELLANT HAVING FAILED** to file said Prisoner Authorization form within the **THIRTY DAYS** prescribed,

**THIS APPEAL IS DISMISSED.**

## CERTIFICATE OF MAILING

The undersigned Deputy Clerk hereby certifies that this Order was mailed this date to all parties to this action.

SO ORDERED,

For the Court,
Roseann B. MacKechnie, Clerk

By: Connie Mazariego
Deputy Clerk

( ) COPY OF THIS ORDER
HAS BEEN RECEIVED BY:_____
DATE